**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number   2021-CA-1458

Jeff Mercer, L.L.C.

- - Versus - -

Austin Bridge and Road, L.P., Federal Insurance Company,
Fidelity and Deposit Company of Maryland, Travelers
Casualty and Surety Company of America, Zurich American
Insurance Company and State of Louisiana Department of
Transporation and Development

19th Judicial District Court
Case #: 615815
East Baton Rouge Parish

On Application for Rehearing filed on   06/27/2022 by Jeff Mercer, L.L.C.

Rehearing ___ DENIED ___

_____
J. Michael McDonald

_____
Walter I. Lanier III

_____
Elizabeth   Wolfe

Date ___JUL 1 9 2022___

_____
Rodd Naquin, Clerk